UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Michael McSharry individually and on behalf of all others similarly situated,

       Plaintiff,

v.

Radius Global Solutions, LLC, formally known as Northland Group
    Jury Demanded

       Defendants.

No. 18.cv 2643

CLASS ACTION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 22 2019 ★
LONG ISLAND OFFICE

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without attorney fees or costs to either party.

**S/ Joseph Mauro**
Joseph M. Mauro
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

4/17/2019
Date

**S/ Kirsten H. Smith**
Sessions, Fishman, Nathan & Israel
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002

4/17/2019
Date

Case closed. SO ORDERED.

*/s/ Arthur D. Spatt*
Arthur D. Spatt, U.S.D.J.

4/22/19
Date